IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK VALANIA** : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 3:19-00125 |
| v. : | Judge Caputo |
| : | |
| **GONNELLA BAKING CO.** : | |
| : | |
| Defendant. : | |

## STIPULATION AND ORDER FOR DISMISSAL

The parties to this matter, by and through their undersigned Counsel, hereby stipulate and agree as follows pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A), pending approval of this Honorable Court:

1. It is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

2. It is **FURTHER ORDERED** that this Court shall retain jurisdiction to resolve issues arising under the settlement agreement, including, but not limited to, enforcement of the settlement agreement. See Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994).

| | |
|---|---|
| **WEINSTEIN LAW FIRM, LLC** | **MICHAEL BEST & FRIEDRICH LLP** |
| By: /s/ Marc E. Weinstein | By: /s/ Kerryann Haase Minton |
| Marc E. Weinstein, Esquire | Kerryann Haase Minton, Esquire |
| 500 Office Center Drive | River Point |
| Suite 400 | 444 West Lake Street, Suite 3200 |
| Fort Washington, PA 19034 | Chicago, IL 60606 |
| 267.513.1942 tel | 312.836.5075 tel |
| marc@meweinsteinlaw.com | khminton@michaelbest.com |
| Counsel to Plaintiff | Counsel to Defendant |

So Approved as an Order of the Court on this 29th day of January, 2020

/s/ A. Richard Caputo
Hon. A. Richard Caputo, U.S.D.J.